UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| DANIEL E. JONES II, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>-- against --<br><br>PAWAR BROS. CORP., HARJINDER SINGH, And USAC TOWING CORP.,<br><br>                      Defendants. | Docket No. 17-CV-3018 (PKC)<br><br>**NOTICE OF APPEAL** |

-------------------------------------------------------------X

**TO THE ABOVE NAMED PLAINTIFF:**

**PLEASE TAKE NOTICE** that the Defendants in the above captioned action hereby appeal to the Second Circuit Court of Appeals from the Judgment in this action entered on October 3, 2023 (ECF Doc. 120), that the Defendants appeal from each and every part of the aforesaid Judgment, and that this appeal brings up for review any and all interlocutory judgments, orders, decisions and/or verdicts entered prior to the entry of the aforesaid Judgment.

Dated: New York, NY
       October 13, 2023

                                                        /s/ Jonathan I. Edelstein
                                                        JONATHAN I. EDELSTEIN
                                                        EDELSTEIN & GROSSMAN
                                                        Appellate Counsel for Defendants
                                                        501 Fifth Avenue, Suite 514
                                                        New York, NY 10017
                                                        (212) 871-0571
                                                        jonathan.edelstein.2@gmail.com

To:    Borrelli & Associates, PLLC
           Attorney for Plaintiff
           910 Franklin Avenue, Suite 200
           Garden City, NY 11530
           Attn: Andrew C. Weiss, Esq.